RECEIVED
SEP - 9 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DANNON KEITH SELLERS | CIVIL ACTION NO. 6:12-cv-01801 |
| VERSUS | JUDGE DOHERTY |
| WARDEN, RICHWOOD CORRECTIONAL CENTER | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Mr. Sellers's petition, which seeks to have his conviction and sentence vacated under 28 U.S.C. § 2254, be DISMISSED WITH PREJUDICE, consistent with the report and recommendation.

Lafayette, Louisiana, this 9 day of September, 2013.

Rebecca F. Doherty
United States District Judge

Furthermore, IT IS ORDERED that the petitioner's "Motion for Rehearing (En Banc)" is DENIED.